IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY NORWOOD,

        Plaintiff,        No. CIV S-09-2929 LKK GGH P

   vs.

NANGANAMA, et al.,

        Defendants.        <u>ORDER</u>

                            /

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Two defendants have been served in this case and a motion to dismiss is currently pending. Plaintiff is still in the process of serving three other defendants: Dr. Salmi, Dr. S. Kaur and Physician's Assistant Timothy Byers.

       On August 5, 2010, plaintiff filed a motion for court intervention to obtain the addresses for the three unserved defendants. In the motion plaintiff outlined his efforts to obtain the addresses. To expedite this case, plaintiff's motion will be granted and the court will issue a subpoena and this order to Jaime Michelle Ganson of the Attorney General's Office that represents the two served defendants in this case. The Attorney General's Office shall serve the subpoena and this order on the Director of the California Department of Corrections and Rehabilitation (CDCR) forthwith. No later than October 15, 2010, the Director of CDCR shall provide to the court, if available, documents concerning the business address for Dr. Salmi, Dr. S. Kaur and Physician's Assistant Timothy Byers. In the alternative, the business addresses of the aforementioned individuals may simply be disclosed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for court intervention (Doc. 34) is granted;

2. The Clerk of the Court shall sign the annexed subpoena and serve this order and the subpoena on Jaime Michelle Ganson of the Attorney General's Office, the attorney of record on this case.

3. Jaime Michelle Ganson of the Attorney General's Office shall serve forthwith this order and subpoena on the Director of CDCR, and by October 15, 2010, the Director of CDCR shall provide to the court, if available, documents concerning the business address for Dr. Salmi, Dr. S. Kaur and Physician's Assistant Timothy Byers, or in the alternative, the business addresses may simply be disclosed..

DATED: September 21, 2010

 /s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
norw2929.ord3

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 2:09-cv-02929-JAM-AC   Document 35   Filed 09/21/10   Page 3 of 4

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | | |
|---|---|---|---|
| GREGORY NORWOOD, | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 2:09-cv-02929-LKK-GGH |
| | ) | | |
| NANGANAMA, et. Al, | ) | (If the action is pending in another district, state where: | |
| *Defendant* | ) | _____ District of _____ ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

❏ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**Business addresses, if available of Dr. Salmi, Dr. S. Kaur and Physician's Assistant Timothy Byers.**

| Place: | District Court, 501 I Street, Sacramento, CA 95814, Chanbers of Magistrate Judge Hollows | Date and Time: October 15, 2010 |
|---|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:

*CLERK OF COURT*

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are: