IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY NORWOOD,

    Plaintiff,                    No. CIV S-09-2929 LKK GGH P

    vs.

NANGANAMA, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 14, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds that while the findings and recommendations are supported by the record, it nonetheless declines to adopt the recommendations. In light of plaintiff's objections to the

1

1  findings and recommendations, the court determines that plaintiff should be given one final
2  chance to serve defendants Kaur and Salmi. Specifically, plaintiff is granted ninety (90) days to
3  serve these defendants. If plaintiff is unable to do so, he must file within ninety (90) days a
4  declaration describing his diligent efforts to serve them.
5        Accordingly, IT IS HEREBY ORDERED that:
6    1.  The court declines to adopt the findings and recommendations filed April
7       14, 2011;
8    2.  Plaintiff is granted ninety (90) days to serve defendants Kaur and Salmi. If
9       plaintiff is unable to do so, he must file within ninety (90) days a
10      declaration listing the actions he took to serve them. Plaintiff must
11      demonstrate that he diligently attempted service.
12 DATED: May 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT