IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY NORWOOD,

    Plaintiff,                          No. CIV S-09-2929 LKK GGH P

    vs.

NANGANAMA, et al.,

    Defendant.                       ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On May 9, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file, finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis, and finds it appropriate to clarify that Dr. Ramen (or Raman) is no longer a part of this lawsuit. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 9, 2011, are adopted in full; and

2. Defendant Dr. Ramen is dismissed from this action.

DATED: July 18, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT