IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY NORWOOD,

    Plaintiff,                      No. CIV S-09-2929 LKK GGH P

    vs.

NANGANAMA, et al.,

    Defendants.
                                       ORDER

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis and seeks relief pursuant to 42 U.S.C. § 1983. Defendant Byers answered the complaint on February 7, 2011. A discovery and scheduling order for Byers stated that pretrial motions were due by December 23, 2011, though no motion has been filed. Within 14 days defendant Byers shall state if he intends to file a dispositive motion.[1]

\\\\\

\\\\\

---

[1] The undersigned notes findings and recommendations were issued in September, that are still pending, regarding the dismissal of two other defendants, but it is not clear if this impacts defendant Byers. The undersigned had previously stated that all defendants should be served before continuing with this litigation, but at this point defendant Byers must proceed with this case.

1

1  Accordingly, IT IS HEREBY ORDERED that within 14 days defendant Byers
2  shall state if he intends to file a dispositive motion.
3  DATED: January 30, 2012

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH: AB
norw2929.ord7