1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    GREGORY NORWOOD,

10           Plaintiff,                    No. CIV S-09-2929 LKK GGH P

11       vs.

12   NANGANAMA, et al.,

13           Defendants.
                                           ORDER
14   _____/

15           Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis and

16   seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has been unable to serve two defendants.

17   Therefore, the U.S. Marshal shall use all means necessary and proper to serve Dr. Salmi and Dr.

18   Kaur as set forth in Judge Karlton's February 3, 2012, Order.

19           Accordingly, IT IS HEREBY ORDERED that:

20           1.  The U.S. Marshal shall use all means necessary and proper to serve Dr. Salmi

21   and Dr. Kaur as set forth in Judge Karlton's February 3, 2012, Order;

22           2.  The Clerk of the Court shall serve a copy of the this Order and the February 3,

23   2012, Order (Doc. 67) on the U.S. Marshal.

24   DATED: February 6, 2012

25                                    /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE
26   GGH: AB  - norw2929.ord8

1