IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY NORWOOD,

    Plaintiff,                      No. CIV S-09-2929 LKK GGH P

    vs.

NANGANAMA, et al.,

    Defendants.

ORDER
_____/

    Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis and seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has been unable to serve two defendants. Therefore, the U.S. Marshal shall use all means necessary and proper to serve Dr. Salmi and Dr. Kaur as set forth in Judge Karlton's February 3, 2012, Order.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The U.S. Marshal shall use all means necessary and proper to serve Dr. Salmi and Dr. Kaur as set forth in Judge Karlton's February 3, 2012, Order;

    2. The Clerk of the Court shall serve a copy of the this Order and the February 3, 2012, Order (Doc. 67) on the U.S. Marshal.

DATED: February 6, 2012

                                            /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

GGH: AB - norw2929.ord8