1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY NORWOOD,

11          Plaintiff,                    No. CIV S-09-2929 LKK GGH P

12       vs.

13   NANGANAMA, et al.,

14          Defendants.                        ORDER

15   _____/

16          Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis and

17   seeks relief pursuant to 42 U.S.C. § 1983.  Defendant filed a motion for summary judgment on

18   February 13, 2012.  Plaintiff must file an opposition to the summary judgment motion within 28

19   days.

20          Accordingly, IT IS HEREBY ORDERED that plaintiff must file an opposition to

21   the summary judgment motion within 28 days.

22   DATED: February 24, 2012

23                                       /s/ Gregory G. Hollows
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
24   GGH: AB
     norw2929.ord9
25

26

                                        1