IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY NORWOOD,

    Plaintiff,　　　　　　　　　　No. CIV S-09-2929 LKK GGH P

    vs.

NANGANAMA, et al.,

    Defendants.

<u>ORDER</u>

/

    Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis and seeks relief pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment on February 13, 2012. Plaintiff must file an opposition to the summary judgment motion within 28 days.

    Accordingly, IT IS HEREBY ORDERED that plaintiff must file an opposition to the summary judgment motion within 28 days.

DATED: February 24, 2012

                        /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH: AB
norw2929.ord9