UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NORWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANGANAMA, et al.,<br><br>　　　　Defendants. | No.  2:09-cv-2929 LKK AC<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 1, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-eight days.  Defendant Kaur and plaintiff have both filed objections to the findings and recommendations.  Defendant Byers has filed a reply to plaintiff's objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 1, 2013 are adopted in full;

2. Plaintiff's motion for leave to file a surreply (ECF No. 102) is denied;

3. Defendants' motion to strike unauthorized surreply (ECF No. 101) is granted;

4. Defendant Byers's joinder (ECF No. 90) is granted;

5. Defendant's October 1, 2012 motion to dismiss (ECF No. 87) is granted in part;

6. Defendants Dr. Salmi and Byers are dismissed from this action; and

7. Plaintiff's second amended complaint is dismissed with leave to amend as to NP Kaur only.

8. Plaintiff is granted thirty days to file an amended complaint against defendant NP Kaur; failure to file an amended complaint in accordance with this order may result in dismissal of this action.

DATED: September 12, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT