IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY NORWOOD,** | Case No. 2:09-CV-02929-JAM-AC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **NANGANAMA, et al.,** | |
| Defendants. | |

Good cause having been shown, the Court grants Defendant's request that Staff Counsel Suzanne Pyne appear telephonically at the August 6, 2015 settlement conference, as the individual fully authorized by the California Department of Corrections and Rehabilitation to settle the matter. Defendant is relieved of the requirement to have such a representative attend in person.

Dated: July 28, 2015.

_____/S/ Allison Claire_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE