UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY NORWOOD,

        Plaintiff,                      No.  2:09-cv-2929 JAM AC P

vs.

NANGALAMA, et al.,

        Defendants.              **SECOND AMENDED ORDER & WRIT OF**
                                                    **HABEAS CORPUS AD TESTIFICANDUM**

      Gregory Norwood, inmate # J-53407, a necessary and material witness in proceedings in this case on April 12, 2016, is confined in California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California, 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom 6, United States District Courthouse, 501 I Street, Sacramento, California on April 12, 2016, at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  The previous writ of habeas corpus ad testificandum (ECF No. 161) is hereby vacated;

      2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      4.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**To:  Warden, California State Prison Solano, P.O. Box 4000, Vacaville, California 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 17, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE